**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01195-CMA-MEH

QUINTON HOLDINGS, LLC,

     Plaintiff,

v.

AXYS GOLF LLC, *et al*.,

     Defendants.

---

**DECLARATION OF ELEANOR M. LACKMAN IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

---

Eleanor M. Lackman declares under penalty of perjury as follows:

1.    I am a Partner in the law firm of Mitchell, Silberberg & Knupp LLP, counsel for defendants Axys Golf LLC and Eric Kaplan in the above-captioned matter.

2.    In reviewing the document submitted as Exhibit 2 to the Declaration of Charles J. Quinton, I discovered that portions of the referenced website, located at RotaryTruth.com, appeared to be cut off or otherwise incomplete. Accordingly, I had my office prepare a more complete version of such website, a true and correct copy of which is attached hereto as Exhibit A.

12211121.1

2

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED:  June 2, 2020

                                                  Eleanor M. Lackman