| | |
|---|---|
| Document title: | Chuck Quinton's Lies And The Truth About RotarySwingTour |
| Capture URL: | https://www.rotarytruth.com/the-rotary-truth38208018 |
| Captured site IP: | 104.16.14.194 |
| Page loaded at (UTC): | Tue, 02 Jun 2020 15:41:10 GMT |
| Capture timestamp (UTC): | Tue, 02 Jun 2020 15:42:56 GMT |
| Capture tool: | v7.0.6 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 7 |
| Capture ID: | 5c9e3a11-cc4c-4da7-8fe7-9ea6b50c6c7e |
| User: | msk-general |

# ROTARYTRUTH.com

*The 'truth' in RotaryTruth is that Chuck Quinton is lying and he knows it. He's a bully whose method of instruction, is nothing more than someone else's method... Chuck will do and say anything to stop his subscribers from finding out the truth including slandering and threatening me with supposed multi-million dollar copyright litigation, that he wasn't even prepared to file and that his lawyer backed off once confronted...* **- Eric Kaplan, Top PGA Tour Coach**

## PART 1/4:

## Chuck Quinton's vicious and meritless threats against top PGA Tour Coach Eric Kaplan...

- ⊘ **Chuck sent vicious emails to Eric Kaplan, warning him to take down his online golf instruction website because he knew where Eric lived...**

- ⊘ **Chuck's email to 300,000 people claiming that Eric was a fraud and had lied about his father having Parkinson's disease...**

- ⊘ **Chuck asked thousands of people to comment disparaging remarks all over Kaplan's social media channels... and then he said he'd rent out Pebble Beach for everyone with the proceeds of taking every penny Eric and his young family had.**

- ⊘ **Chuck contacted the GM of the golf club where Eric teaches to tell him to not allow Eric to teach because of all the bad PR he was going to generate.**

*A note to Chuck Quinton, from Bernhard Langer...*
*(Chuck, this is about as close to working with a Major Champion as you are ever going to get.)*




0:49

Document title: Chuck Quinton&#39;s Lies And The Truth About RotarySwingTour

Capture URL: https://www.rotarytruth.com/the-rotary-truth38208018

Capture timestamp (UTC): Tue, 02 Jun 2020 15:42:56 GMT

2

▶ 0:49 ●————————————————— ◄)) ⚙ ⛶

"… My name is **Bernhard Langer, PGA Tour Player for over 40 years**. I just wanted to give a statement that **I began working with Eric Kaplan in 2014**, working on the following items in my putting stroke and applying many of the same fundamentals also into my full-swing including: proper posture by hinging from the hips, weight over the ankles, straight back, keeping the shoulder blades engaged, or what we say 'in the box', not letting them slouch, creating a bit of axis tilt or secondary tilt, also beginning the swing with the pulling of the right shoulder blade - I hope this clears a few things up…"

*If you believe that Chuck Quinton's behavior does not  belong in a gentleman's game, join the thousands of golfers who have already shared this page.*

 

**» Click Here to read all of the slanderous things Chuck said, and why they are all false.**

# PART 2/4:

## Chuck's ridiculous claims that Eric Kaplan had watched Chuck's videos in 2018  and stolen his 'copyrighted' instructional ideas…

⊘ Eric Kaplan has researched with top doctors at The Mayo Clinic, helping golfers with Parkinson's disease since 2000.

⊘ Eric Kaplan has been working with 5 different Major  Champions since 2014, teaching them the  fundamentals YEARS before Chuck claimed Eric  had subscribed to his site.

⊘ As anyone with any knowledge of golf instruction is  aware, the fundamentals Chuck claimed Eric had  'stolen' have been openly discussed since at 1932 - pushing vs. pulling, etc.

**» CLICK HERE To Discover How Eric Kaplan Developed These Fundamentals In 2000**

PART 3/4:

**» CLICK HERE To Discover How Eric Kaplan Developed These Fundamentals In 2000**

## PART 3/4:

### HERE'S THE TWIST:

**Chuck's methods and concepts are actually someone else's...**

- ⊘ Chuck signed a contract in 2008 with one of the people Eric learned from, Alison Thietje, giving Chuck permission to use her research, in exchange for a 10% royalty... that Chuck never paid.

- ⊘ Chuck hired someone to transcribe Alison Thietje's lectures so Chuck could copy them to write his 'Rotary Swing Tour Golf Instructor certification Manual'.

**» CLICK HERE to see that Chuck copied Allison Thietje's content verbatim.**

*This is just Chuck's way of doing business: take from others, call it your own, aggressively threaten those who reveal the truth, and then try to attach yourself to others' experience with PGA Tour Pros, because you have none of your own...*

## PART 4/4:

### DID YOU KNOW?

**Chuck wrote a book in 2007 called 'The Rotary Swing' where he teaches the opposite fundamentals he claims Eric stole.**

- ⊘ Chuck Quinton in his first book from 2007 teaches the opposite fundamentals he claims he developed, including: centering your weight over the balls of your feet vs. the ankles, and advocated a pushing vs a pulling action.

- ⊘ There is an entire GOLFWRX forum from 2007, in which Chuck was described to be a "sleazy opportunist who snatched up the 'oneplanegolfswing' URL after seeing Jim Hardy on The Golf Channel... and then building a 'one-plane' site around it"...

**» CLICK HERE to take a look at Chuck's book from 2007**
*... and what he did to top PGA Tour coach Jim Hardy*

"sleazy opportunist who snatched up the 'oneplanegolfswing.com' URL after seeing Jim Hardy on The Golf Channel... and then building a 'one-plane' site around it"...

> **» CLICK HERE to take a look at Chuck's book from 2007**
> ... and what he did to top PGA Tour coach Jim Hardy

*Of course Chuck thinks I took 'his ideas', it is because he got them from one of the people I learned from! I just happened to dive deeper into the concepts that Alison spoon-fed him.* Chuck and I are in completely different leagues, I work with Major Champions, and he's a guy who sells other people's concepts for profit, **with no resume or proven qualifications.**

## Plus, Chuck isn't even that great of a golfer...

*(Perhaps he should go back to what he was doing before starting his online golf instruction website)*



## Here's a bible verse that sums Chuck up:

> **1:17 net spread.** It would be ineffective to set up a net for catching a bird in full view of the bird. Taken with v. 18, this analogy means that the sinner sets up his trap for the innocent in secret, but in the end the trap is sprung on him (v. 19). This greed entraps him (cf. 1 Tim. 6:9–11). Stupid sinners rush to their own ruin.



B. Langer    R. McIlroy    M. Jimenez    A.Scott    P. Reed

Document title: Chuck Quinton&#39;s Lies And The Truth About RotarySwingTour
Capture URL: https://www.rotarytruth.com/the-rotary-truth38208018
Capture timestamp (UTC): Tue, 02 Jun 2020 15:42:56 GMT





# Thank You For Your Help In Spreading The Truth About Chuck Quinton And Rotary Swing

*If you believe that Chuck Quinton's behavior does not belong in a gentleman's game, join the thousands of golfers who have already shared this page.*

 

Watch This Video To Learn About Chuck's Lies And The Truth About Rotary Swing:
**Spoiler Alert: Chuck Starts Crying At 4:30**





## Thank You For Your Help In Spreading The Truth About Chuck Quinton And Rotary Swing

*If you believe that Chuck Quinton's behavior does not belong in a gentleman's game, join the thousands of golfers who have already shared this page.*



Watch This Video To Learn About Chuck's Lies And The Truth About Rotary Swing:
**Spoiler Alert: Chuck Starts Crying At 4:30**



**Page Vault**

| | |
|---|---|
| Document title: | Chuck's Shocking Defamation Campaign |
| Capture URL: | https://www.rotarytruth.com/part1-4 |
| Captured site IP: | 104.16.15.194 |
| Page loaded at (UTC): | Tue, 02 Jun 2020 15:43:16 GMT |
| Capture timestamp (UTC): | Tue, 02 Jun 2020 15:43:57 GMT |
| Capture tool: | v7.0.6 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 8 |
| Capture ID: | feaabaed-4aa0-4693-9e28-8fbd684c9384 |
| User: | msk-general |



**<< Click Here To Go Back.**

## **EXPOSED!** Chuck Quinton's vicious threats and baseless claims against top PGA Tour Coach Eric Kaplan…

Chuck's threatening emails to Eric Kaplan, telling him to take down his golf instruction website AXYSGOLF.com, **warning Eric that he knew where he lived…**



**Chuck Quinton**
Mar 23, 15:43 EDT

Subject: Eric, how far would you like this to go?
Reply-To: Chuck Quinton
<cjquinton@yahoo.com<mailto:cjquinton@yahoo.com>>

Erik, you need to remove ALL your YouTube videos now. My attorney is also going through your website to see what content needs to be removed from there as my work is published and copywritten and you are illegally using it for your own financial gain and I have and will sue for MAXIMUM financial damages if you do not comply today.

I'll give you the chance to issue a public apology. I have a call in 30 minutes to file suit with my attorney. I have an

I have your address, I have your cell phone, I have your email, I have full records of every email you've opened and every video watched and ALL my content is protected under copyright law.

The option to issue an apology will expire today, after that, there will be no more communication between you and I and you will be forced to pay damages, and I doubt your $300k condo is going to cover much when I pursue damages in the millions.

Chuck claimed that Eric Kaplan had subscribed to his website in 2018, and had stolen 'copyrighted' instructional concepts… and was going to sue Eric for millions if he did not issue a public apology in 30 minutes… **The humorous part is that when Eric's attorney was finally able to reach his, Chuck's attorney asked for a week to familiarize himself with the case.**



**RotarySwing.com** ♦ Can't hide now you douchebag – here's proof he's a member of the site and has been since 2018! Not

The problem which Chuck's vicious claims is that Eric had stolen his instructional concept by subscribing to Chuck's website in 2018, is that Eric has been working on these 'fundamentals' with 5 different Major Champions on the PGA Tour, including Bernhard Langer, since 2014.

**Watch this video to learn about Chuck's Lies and the Truth about Rotary Swing:**
**Spoiler Alert: Chuck starts crying at 4:30**



Spoiler Alert: Chuck starts crying at 4:30



**This is just Chuck's way of doing business:** *take from others, call it your own, aggresively threaten those who reveal the truth, and then try to attach yourself to others' experience with PGA Tour Pros, because you have none of your own...*



*"... My name is Bernhard Langer, PGA Tour Player for over 40 years. I just wanted to give a statement that I began working with Eric Kaplan in 2014, working on the following items in my putting stroke and applying many of the same fundamentals also into my full-swing including: proper posture by hinging from the hips, weight over the ankles, straight back, keeping the shoulder blades engaged, or what we say 'in the box', not letting them slouch, creating a bit of axis tilt or secondary tilt, also beginning the swing with the pulling of the right shoulder blade - I hope this clears a few things up..."*

Chuck asked the 3,000 members of his private facebook page to comment defamatory remarks all over Eric Kaplan's Facebook and YouTube Channels, **Chuck promised to take them on a trip to Pebble Beach in exchange for their help...** when in fact Chuck knew he was passing off someone else's work as his own and didn't want people to find out about it.



over Pebble Beach for the day!

1h    Like    Reply                                     1

**Douglas White** 🍸 RotarySwing.com well, you've got 3,000 + friends on this group that should be willing to go blast this guys videos with negative comments and put his ass right out of business

Chuck sent an email to his list of 300,000 people calling Eric Kaplan a fraud… claims that he had lied about his father having Parkinson's disease, and that he research with top doctors at The Mayo Clinic working with golfer's with Parkinson's disease was a facade… **yet again, the problem is that Eric Kaplan has been featured on multiple major news networks highlighting Eric's work helping golfer's with Parkinson's disease, since 2000.**



**RotarySwing.com** ⚫ My initial research was done with stroke victims. He changed it to be people with "parkinson's"… I mean, seriously? He's not even trying hard to hide his theft, makes me want to puke.



**Douglas White** 🍸 RotarySwing.com what's even more disgusting is the fact that he's using his father's condition (if it is even true) to gain sympathy from people!

Chuck contacted the GM of the golf club where Eric teaches to tell him to not allow Eric to teach because of all the bad PR he was going to generate.

 📌 Pinned by RotarySwing.com Golf Instruction                          ⋮

RotarySwing.com Golf Instruction  2 weeks ago (edited)

Update - Kaplan has now reported this video to YouTube: This is to notify you that we have received a privacy complaint from an individual regarding your content:
Everyone knows the truth Eric, including the GM at your club I spoke with this morning. The more you try to cover this up, the more you're going to rile up everyone. Admit you're wrong doing,

⚑ Pinned by RotarySwing.com Golf Instruction

**RotarySwing.com Golf Instruction** 2 weeks ago (edited)

Update - Kaplan has now reported this video to YouTube: This is to notify you that we have received a privacy complaint from an individual regarding your content:
Everyone knows the truth Eric, including the GM at your club I spoke with this morning. The more you try and cover this up, the more you're going to rile up everyone. Admit you're wrong doing, apologize and move on. But try and suppress the truth will just motivate me even more. There's FAR more to what you've done and the evidence we've gathered than you realize.....
I've uploaded the video to vimeo in case YouTube takes this down, so feel free to download and share: https://vimeo.com/400356214

Show less

👍 12  👎  REPLY

Here is the email chuck sent to the 300,000+ people Chuck claims he has on his email database, in an attempt to publicly tarnish Eric Kaplan's reputation, even calling him a fraud for his work with Parkinson's patients.





Chuck posted a video on YouTube with nearly 16,000 videos in which *(spoiler alert)* Chuck starts crying saying that he deserves credit for Eric's work with Bernhard Langer, Miguel Angel Jimenez, Rory McIlroy, Patrick Reed, and Adam Scott… **again, the funny part is that Chuck claims that Eric had stolen his life's work, when in fact Chuck signed a contract in 2008 with Alison Thietje, someone Eric Kaplan learned from, to develop RotarySwingTour…**



Golfers BEWARE: Avoid Being Scammed by this FRAUD

16,589 views · Mar 24, 2020     279   13   SHARE   SAVE   ...

*The 'truth' in RotaryTruth is that Chuck Quinton is lying and he knows it. He's a bully whose method of instruction, is nothing more than someone else's method… Chuck will do and say anything to stop his subscribers from finding out the truth including slandering and threatening me with supposed multi-million dollar copyright litigation, that he wasn't even prepared to file and that his lawyer backed off once confronted…  -Eric Kaplan, Top PGA Tour Coach*

## Plus, Chuck isn't even that great of a golfer…

*(Perhaps he should go back to what he was doing before starting his online golf*

threatening me with supposed multi-million dollar copyright litigation, that he wasn't even prepared to file and that his lawyer backed off once confronted...  -Eric Kaplan, Top PGA Tour Coach

## Plus, Chuck isn't even that great of a golfer...

*(Perhaps he should go back to what he was doing before starting his online golf instruction website)*



### Here's a bible verse that sums Chuck up:



**1:17 net spread.** It would be ineffective to set up a net for catching a bird in full view of the bird. Taken with v. 18, this analogy means that the sinner sets up his trap for the innocent in secret, but in the end the trap is sprung on him (v. 19). This greed entraps him (cf. 1 Tim. 6:9–11). Stupid sinners rush to their own ruin.



B. Langer     R. McIlroy     M. Jimenez     A.Scott     P. Reed

**»  CLICK HERE To Learn More About Eric Kaplan And AXYSGolf**





Here's a Bible verse that sums Chuck up.

**1:17 net spread.** It would be ineffective to set up a net for catching a bird in full view of the bird. Taken with v. 18, this analogy means that the sinner sets up his trap for the innocent in secret, but in the end the trap is sprung on him (v. 19). This greed entraps him (cf. 1 Tim. 6:9–11). Stupid sinners rush to their own ruin.

B. Langer | R. McIlroy | M. Jimenez | A.Scott | P. Reed

» CLICK HERE To Learn More About Eric Kaplan And AXYSGolf



# Thank You For Your Help In Spreading The Truth About Chuck Quinton And Rotary Swing

*If you believe that Chuck Quinton's behavior does not belong in a gentleman's game, join the thousands of golfers who have already shared this page.*

Facebook | Twitter



<< Click Here To Go Back.

| | |
|---|---|
| Document title: | Chuck's Shocking Defamation Campaign |
| Capture URL: | https://www.rotarytruth.com/part2-4 |
| Captured site IP: | 104.16.15.194 |
| Page loaded at (UTC): | Tue, 02 Jun 2020 15:44:07 GMT |
| Capture timestamp (UTC): | Tue, 02 Jun 2020 15:44:48 GMT |
| Capture tool: | v7.0.6 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 9 |
| Capture ID: | e8cfa1bf-9510-47b9-89d0-d311247d1dc9 |
| User: | msk-general |



<< Click Here To Go Back.

**Chuck Claims Eric Kaplan Stole These Concepts In 2018...**
**Here's Proof Eric Has Been Teaching These Fundamentals Since 2000.**



**1. PROOF:** Eric Kaplan has been teaching these fundamentals to 5 different Major Champions including Bernhard Langer, since 2014... YEARS before Chuck claims I had subscribed to his website and stolen his ideas... Even H.G. Wells would be jealous of this time machine.

**A note to Chuck Quinton, from Bernhard Langer...**
(This is about as close to working with a Major Champion that Chuck is ever going to get!)



*"... My name is Bernhard Langer, PGA Tour Player for over 40 years. I just wanted to give a statement that I began working with Eric Kaplan in 2014, working on the following items in my putting stroke and applying many of the same fundamentals also into my full-swing including: proper posture by hinging from the hips, weight over the ankles, straight back, keeping the shoulder blades engaged, or what we say 'in the box', not letting them slouch, creating a bit of axis tilt or secondary tilt, also beginning the swing with the pulling of the right shoulder blade - I hope this clears a few things up..."*

*"… My name is Bernhard Langer, PGA Tour Player for over 40 years. I just wanted to give a statement that I began working with Eric Kaplan in 2014, working on the following items in my putting stroke and applying many of the same fundamentals also into my full-swing including: proper posture by hinging from the hips, weight over the ankles, straight back, keeping the shoulder blades engaged, or what we say 'in the box', not letting them slouch, creating a bit of axis tilt or secondary tilt, also beginning the swing with the pulling of the right shoulder blade - I hope this clears a few things up…"*

**I thought this was absurd…**

**This is just Chuck's way of doing business:** take from others, call it your own, aggressively threaten those who reveal the truth**, and then try to attach yourself to other's experience with PGA Tour Pros, because you have none of your own…**

**2. PROOF:** Eric Kaplan's research with top doctors at The Mayo Clinic, applying these fundamentals to golfer's with Parkinson's disease since 2000… Chuck even claimed I lied about my father having Parkinson's disease to gain sympathy from people.





RotarySwing.com ⚙ My initial research was done with stroke victims. He changed it to be people with "parkinson's"... I mean, seriously? He's not even trying hard to hide his theft, makes me want to puke.

Douglas White ⚬ RotarySwing.com what's even more disgusting is the fact that he's using his father's condition (if it is even true) to gain sympathy from people!

hard to hide his theft, makes me want to puke. 😡

Douglas White ♟ RotarySwing.com what's even more disgusting is the fact that he's using his father's condition (if it is even true) to gain sympathy from people!

## *Eric Kaplan's work with top doctors at Mayo, and Parkinson's patients dates back to 2000.*

*"My name is Leonard Redlich... I met Eric in Turnberry Country Club... I've played golf swing I was a teenager... I developed Parkinson's disease in 1990... I had severe tremors and I fell down... One day when I was hitting golf balls, Eric came up to me and asked me if I had Parkinson's disease... I would guess that Eric was 14 or 15 [in the year 2000], give or take a year or two...He told me that his father had Parkinson's... And he thought he could help his father and help me with his theories of the golf swing... And so our relationship began... We had no formal meetings, we had scheduled days, it was catch-as-catch-can... I would catch him at the end of the day while I was hitting golf balls, we'd play a couple of holes... And Eric was intent on trying to help me overcome the problems I had... His theories, I remember mostly the major part was posture, I start with my shoulder's pinched together, and I would swing with my shoulders in a way that I would start the swing with my right shoulder... Getting rid of the unnecessary motion would help me keep my balance... And we maintained a relationship through the years, I saw him mature into a fine young man, he was always determined, all the time I knew him, to be a factor in helping me with my Parkinson's..."*



**1. Utilizing 'shoulder engagement'** to prevent tremors, as the action of depressing and retractingthe shoulder blades inhibit a resting tremor.
*A characteristic feature of Parkinson's disease resting tremor is its decrease during voluntary movements (Deuschl et al., 2000).

**2. Hinging with weight centered under ankles:**When Leonard would get his weight over the balls of his feet, he would have the tendency of falling forward, by hinging his weight over his ankles he would be able to swing without falling.

**3. Pulling from the right shoulder blade.** If Leonardbegan his swing with a push from his left shoulder, he would fall off balance. The more centralized turn he could create was beginning the swing with a pulling of his right shoulder, specifically the shoulder blade.



**Here is an old video of Leonard Redlich**
**Note: He has been unable to walk, let alone play golf since 2015.**



Here is an old video of Leonard Redlich
Note: He has been unable to walk, let alone play golf since 2015.



**Dr. Richard Berger**
Professor, Orthopedic Surgery and Anatomy
Medical Director, Mayo Clinic
Online Learning

**Dr. Bill Cooney**
Department of Orthopedic Surgery Mayo Clinic, Professor of Orthopedics College of Medicine Mayo Clinic

"I love the approach... I am happy to participate in your panel and will be glad to send you a photo and a brief bio."
- Dr. Richard Berger, April 9, 2015

"Reviewed with Dr. Richard Berger and Dr. William Cooney."
- Dr. William Cooney, August 18, 2015

*The 'truth' in RotaryTruth is that Chuck Quinton is lying and he knows it. He's a bully whose method of instruction, is nothing more than someone else's method... Chuck will do and say anything to stop his subscribers from finding out the truth including slandering and threatening me with supposed multi-million dollar copyright litigation, that he wasn't even prepared to file and that his lawyer backed off once confronted... -Eric Kaplan, Top PGA Tour Coach*

**3. PROOF:** Anyone with any knowledge of golf instruction knows that the fundamentals that Chuck accused me of stealing have been openly discussed since 1932 (secondary tilt, pushing vs.pulling, and centripetal force)...

A. Secondary tilt; right hand off club, right shoulder back, bump hip to target.

B. Centripetal force; and the need to start a swing via a pulling action from a movement that has an origin closest to the center of your body [the spine.]

C. The swing is made only by one small group of muscles on the right side of the body & it is that

A. Secondary tilt; right hand off club, right shoulder back, bump hip to target.

B. Centripetal force; and the need to start a swing via a pulling action from a movement that has an origin closest to the center of your body [the spine.]

C. The swing is made only by one small group of muscles on the right side of the body & it is that initial move that creates the shifting of the hips to the right.



II.A. Secondary Tilt: Take your right hand off the club, bump your to target, hip keep shoulder back, then place right hand.



II.B. The movement need to originate near the center of the body.

II.B. Centripetal Force





**II.C. The Swing is made only by one small group of muscles on the right side of the body**

*Use of these muscles to propel the club in a whirling motion affords the correct swing.*

**II.C. Power is obtained by the efficient use of bones, joints, muscles, and tendons.**

**II.C. initial move shifts hips to the right.**

*Now this is absolutely ridiculous...*



**RotarySwing.com Golf Instruction**
Hi Erik, if you're going to plagiarize my material, please give credit where credit is due. Thanks, Sincerely, Chuck Quinton - the one you stole the pushing vs. pulling concept

## Plus, Chuck isn't even that great of a golfer...

*(Perhaps he should go back to what he was doing before starting his online golf instruction website)*

... if you're using someone's material, please give credit where credit's due.
Thanks, Sincerely, Chuck Quinton ... one you stole the pushing vs. pulling concept

## *Plus, Chuck isn't even that great of a golfer...*

*(Perhaps he should go back to what he was doing before starting his online golf instruction website)*



## Here's a bible verse that sums Chuck up:



1:17 net spread. It would be ineffective to set up a net for catching a bird in full view of the bird. Taken with v. 18, this analogy means that the sinner sets up his trap for the innocent in secret, but in the end the trap is sprung on him (v. 19). This greed entraps him (cf. 1 Tim. 6:9–11). Stupid sinners rush to their own ruin.



B. Langer        R. McIlroy        M. Jimenez        A.Scott        P. Reed

>> CLICK HERE To Learn More About Eric Kaplan And AXYSGolf

AXYSGOLF

## FUNDAMENTALS

The Swing Fundamental Pyramid is a visual representation of all the elements of the golf swing. It is organized from the most fundamental (bottom, so the most symmetrical (top).

It Is Difficult To Correct The Dynamic Elements Without First



**Here's a bible verse that sums Chuck up:**



**1:17 net spread.** It would be ineffective to set up a net for catching a bird in full view of the bird. Taken with v. 18, this analogy means that the sinner sets up his trap for the innocent in secret, but in the end the trap is sprung on him (v. 19). This greed entraps him (cf. 1 Tim. 6:9–11). Stupid sinners rush to their own ruin.

**» CLICK HERE To Learn More About Eric Kaplan And AXYSGolf**



# Thank You For Your Help In Spreading The Truth About Chuck Quinton And Rotary Swing

*If you believe that Chuck Quinton's behavior does not belong in a gentleman's game, join the thousands of golfers who have already shared this page.*



## << Click Here To Go Back.

**Page Vault**

| | |
|---|---|
| Document title: | Chuck's Shocking Defamation Campaign |
| Capture URL: | https://www.rotarytruth.com/part3-4 |
| Captured site IP: | 104.16.16.194 |
| Page loaded at (UTC): | Tue, 02 Jun 2020 15:46:10 GMT |
| Capture timestamp (UTC): | Tue, 02 Jun 2020 15:47:06 GMT |
| Capture tool: | v7.0.6 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 13 |
| Capture ID: | 69081661-6bd9-4850-b9a4-4c3aa5ee967d |
| User: | msk-general |



**<< Click Here To Go Back.**

# Chuck's Concepts And Methods Are Actually Someone Else's...

✔ Chuck Quinton signed a contract in 2008 with, Alison Thietje (someone Eric Kaplan learned from), which gave him permission to use her research, to teach the concepts found in RotarySwingTour, in exchange for a 10% royalty... AND NEVER PAID HER!

✔ Chuck even hired someone to transcribe Alison's lectures so Chuck could copy them to write his Rotary Swing Tour Golf Instructor Certification Manual.

## The 'Secret 2-Inch Move'?

*Yup, Chuck took that from Alison Thietje*



*(If fact, here are Chuck's own words about his work with Alison Thietje...)*



*(If fact, here are Chuck's own words about his work with Alison Thietje...)*



the top experts in orthopedic and neurosurgery as well as biomechanics to help develop RST.

Chuck Quinton is the original founder of the Rotary Swing. His obsession with golf swing mechanics led him down a path of 20 years of research, trial and error on both his own swing (he's a plus 3 handicap), the countless professional golfers he's worked with and the thousands of amateurs he's taught. But it isn't just his brainchild, Alison Thietje of the Better Athletics Council (BAC) was instrumental in adding the "Anatomical Absolutes" with her in depth understanding of human anatomy and sports physiology. Alison put together the BAC to have a panel of advisors who were experts in their respective fields such as orthopedic surgery, biomechanists and learning experts to ensure that the model was 100% anatomically correct and the way the human body was actually intended to create the movements of the golf swing. **To learn more about our team, click here.**

AA    🔒 ripoffreport.com    ↻

# Alison's response to Chuck claims about their split.

**AUTHOR: Alison Thietje - (United States of America)**

SUBMITTED: Tuesday, September 11, 2012

## split.

**AUTHOR: Alison Thietje - (United States of America)**

SUBMITTED: Tuesday, September 11, 2012

This is Alison Thietje. When I worked with Chuck he did not have any Bio-mechanical background or research. He did not have a medical advisory board. I brought MY board to

**Let's explore just how much Chuck took from Alison...**

## Pushing vs. Pulling

*Here is Alison teaching Chuck the differences between pushing and pulling, in Chuck's own certification manual!*



*Alison recalls in her first lesson with Chuck he had a very wide stance, centered his weight on the balls of his feet, and began his swing with a push vs. a pull...*



*Alison recalls in her first lesson with Chuck he had a very wide stance, centered his weight on the balls of his feet, and began his swing with a push vs. a pull...*

*Chuck even copied Alison's story about working with stroke victims...*





RotarySwing.com ✪ My initial research was done with stroke victims. He changed it to be people with "parkinson's"... I mean, seriously? He's not even trying hard to hide his theft, makes me want to puke.

*She also recalls that before he started his online golf instruction marketing company, he was selling snowboards. LOL*

## Alison's Lectures
*(2008 Orthopedic Associates Golf Seminar Hosted By Alison And Her Medical Advisory Board)*



## Chuck's Manual
*(years later)*



## 'Stance Width'
*Alison.*

## Alison (2008)



## Chuck... years later



## Alison (2008)



## Chuck... years later



### 'The Takeaway'
*Alison.*

## Alison (2008)



## Chuck... years later



### 'The Box vs. Rectangle'
*Alison.*

## Alison's Lectures
*(2008 Orthopedic Associates Golf Seminar Hosted By Alison And Her Medical Advisory Board)*



## Chuck's Manual
*(years later)*



# FUNDAMENTALS OF ANATOMY



---

## 'What Is A Fundamental?'

*Alison.*

---

## Alison's Lectures
*(2008 Orthopedic Associates Golf Seminar Hosted By Alison And Her Medical Advisory Board)*

### WHAT IS A FUNDAMENTAL?

- Oxford Dictionary and Thesaurus

  - Serving as an original source; central; a basis *determining essential structure or function;* primary, first in order of time or development; of or relating to the foundation or base, the *fundamental laws of the universe;* being or involving basic facts or principles; serving as an essential component; 'a cardinal rule'

  - Synonyms: chief, leading, bottom line, cardinal, central, constitutive, crucial, elementary, essential, first, foundational, indispensable, interior, key, major, necessary, original, paramount, primary, principal, requisite, structural, supporting, sustaining, underlying, vital

## Chuck's Manual
*(years later)*

### Chapter 1: What Is A Fundamental?

---

## 'How The Brain Learns'

*Alison.*

---

## Alison's Lectures
*(2008 Orthopedic Associates Golf Seminar Hosted By Alison And Her Medical Advisory Board)*

### Neuromuscular Re-education NMR

- Precise muscle firing pattern
- Slow motion
- 3000-5000 repetitions to change a motor pattern

### Ben Hogan

"You simply can not bypass the fundamentals in golf any more than you can sit down at the piano without a lesson and rip off the score of "My Fair Lady". Learning the grip, stance and posture clearly and well is, in a way, like having to practice the scales when you're taking up the piano. The best way to learn golf is a great deal like learning to play the piano; you practice a

## Chuck's Manual
### *(years later)*

**Chapter 2: How the Brain Learns**

**Neuromuscular Re-education**

Neuromuscular Re-education is the definition given to any form of athletic training, rehabilitation program or bodily movement that requires muscles and nerves to relearn a certain behavior or specific sequence of movements. It is important for us to fully understand how our muscles and nerves eventually learn and develop the neural networks and pathways necessary to perform a task effectively and efficiently. As breakdown in a step, we must remove a piece and go back to perfect the previous step. Ben Hogan figured this process out many years ago and stated his position very eloquently:

*You simply cannot bypass the fundamentals in golf any more than you can sit down at a piano without a lesson and rip off the score of My Fair Lady. Learning the grip, stance, and posture clearly and well is, in a way, like having to play the scales when learning piano. The best way to learn golf is a great deal like learning to play the piano: you practice a few things daily, you arrive at a solid foundation, and then you go on to practice a few more advanced things daily, continually increasing your skill.*

---

## 'Pushing vs. Pulling'
### *Alison.*

---

## Alison's Lectures
### *(2008 Orthopedic Associates Golf Seminar Hosted By Alison And Her Medical Advisory Board)*



## Chuck's Manual
### *(years later)*

**Chapter 3: Push vs. Pull**

The concept of Push vs. Pull is central to the Rotary Swing Tour. Sir Isaac Newton determined that all movement is either a push or a pull. You can envision this very simply by thinking back to the days where golfers actually walked the course with the assistance of pull carts. If you ever used one of these, you noticed right away that it was much easier to keep the pull cart moving in a straight line when you let it trail behind you and you pulled it. When you tried to push it from behind, you would invariably develop a little zig-zag path as the movement seemed less stable. But why?

**Chapter 3: Push vs. Pull**

The concept of Push vs. Pull is central to the Rotary Swing Tour. Sir Isaac Newton determined that all movement is either a push or a pull. You can envision this very simply by thinking back to the days where golfers actually walked the course with the assistance of pull carts. If you ever used one of these, you noticed right away that it was much easier to keep the pull cart moving in a straight line when you let it trail behind you and you pulled it. When you tried to push it from behind, you would invariably develop a little zig-zag path as the movement seemed less stable. But why?

# **Additional Videos**

## Interview with Alison Thietje herself



## Dr. King, Director of Alison's Medical Advisory Board, discussing Hip Hinging, 2007:





## Dr. King discussing The Rectangle, 2007:



## Alison, Push v Pull, 2008:



## Proof Alison Has Been Teaching These Concepts



▶  1:00 ●────────────────────────  ◀)) ✿ ▣

# Proof Alison Has Been Teaching These Concepts Since 2000



▶  9:59 ●────────────────────────  ◀)) ✿ ▣

**HERE ARE CHUCK'S OWN WORDS ABOUT THE DIFFERENCES BETWEEN HIS FIRST AND SECOND SWING MODELS,** in the next section on this page we are going to take a look at his first book, 'The Rotary Swing' from 2007 and dive into how the fundamentals he taught before meeting Alison where the opposite of what he teaches now.



▶  4:47 ●────────────────────────  ◀)) ✿ ▣

**This just must be Chuck's way of doing business: take from others,**

▶  4:47 ●━━━━━━━━━━━━━━━━━━━━━━━●  ◀))  ⚙  ▣

This just must be Chuck's way of doing business: take from others, call it your own, aggressively threaten those who reveal the truth, and then try to attach yourself to others' experience with PGA Tour Pros, because you have none of your own...

*Plus, Chuck isn't even that great of a golfer...*

*(Perhaps he should go back to what he was doing before starting his online golf instruction website)*



### Here's a bible verse that sums Chuck up:

1:17 net spread. It would be ineffective to set up a net for catching a bird in full view of the bird. Taken with v. 18, this analogy means that the sinner sets up his trap for the innocent in secret, but in the end the trap is sprung on him (v. 19). This greed entraps him (cf. 1 Tim. 6:9–11). Stupid sinners rush to their own ruin.



Document title: Chuck&#39;s Shocking Defamation Campaign
Capture URL: https://www.rotarytruth.com/part3-4
Capture timestamp (UTC): Tue, 02 Jun 2020 15:47:06 GMT

Page 11 of 12

Here's a bible verse that sums Chuck up.

**1:17 net spread.** It would be ineffective to set up a net for catching a bird in full view of the bird. Taken with v. 18, this analogy means that the sinner sets up his trap for the innocent in secret, but in the end the trap is sprung on him (v. 19). This greed entraps him (cf. 1 Tim. 6:9–11). Stupid sinners rush to their own ruin.



CLICK HERE To Learn More About Eric Kaplan And AXYSGolf



# Thank You For Your Help In Spreading The Truth About Chuck Quinton And Rotary Swing

*If you believe that Chuck Quinton's behavior does not belong in a gentleman's game, join the thousands of golfers who have already shared this page.*



<< Click Here To Go Back.

| | |
|---|---|
| Document title: | Chuck's Shocking Defamation Campaign |
| Capture URL: | https://www.rotarytruth.com/part4-4 |
| Captured site IP: | 104.16.15.194 |
| Page loaded at (UTC): | Tue, 02 Jun 2020 15:47:24 GMT |
| Capture timestamp (UTC): | Tue, 02 Jun 2020 15:47:50 GMT |
| Capture tool: | v7.0.6 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 6 |
| Capture ID: | f0ceb713-d762-47fe-8341-252becda83ed |
| User: | msk-general |



<< Click Here To Go Back.

**Chuck's first book from 2007 taught the opposite fundamentals he claimed he developed...** this material change shows just how much of Allison's content he is selling as his own.

I was able to get my hands on his book (which he took off the market right after meeting Allison.)









# The Rotary Swing Paperback – July 25, 2007

by Chuck Quinton (Author)

★★★★☆ 12 ratings



› See all 2 formats and editions

**Paperback**
from $74.73

8 Used from $74.73

Simplifying the understanding of the golf swing. The Rotary Swing is a simpler way to learn to swing the golf club and play more consistently. If you are finally fed up with confusing and conflicting golf tips from different instructors, the Rotary Swing is for you. Sound, simple fundamentals from an instructor who can actually play as well as he can teach using the very same fundamentals from the book. You can learn more about the book and read reviews by visiting www.OnePlaneGolfSwing.com

---

M. Barlow

★★★☆☆ **I'm a big fan.....**
Reviewed in the United States on October 6, 2010
**Verified Purchase**

of Chuck but this is not his best book. It's all ok info but it doesn't really hang together well. Two years down the line and he's changed his teaching philosophy and written another book. Now this one, his Rotary Swing TOUR manual, is the one to get. It's a breath of fresh air of golf teaching-it makes biomechanical sense, is easy to grasp and actually works.

3 people found this helpful

---

# Read The Ripoff Report that claims Chuck 'stole' Alison's 15 years of research as his own:

https://www.ripoffreport.com/reports/rotaryswingcom/internet/rotaryswingcom-rotary-swing-chuck-quinton-golf-training-golf-swing-online-golf-intern-797935





**AUTHOR: RotarySwingGolf - (United States of America)**

SUBMITTED: Wednesday, September 12, 2012

Facts are facts and those are obvious and out in the open. Alison and I did work together for a short time and I did learn her concepts on how she thinks the golf swing should be taught.

lie to the public and LIED to your new medical board and tell them YOU figured this out yourself and it's YOUR swing model and YOUR 15 years of research and hard work. Of course they endorse it, I designed it with MY medical board...maybe my board who helped me should contact your board and tell them just how long this has been around!!! Bottom line, you did not create RST, you got it from me and I taught YOU. When you lie to the public and tell them it's YOUR swing and YOU created it and YOU did the research, the public and your customers deserve to know the truth! BTW...there are numerous PGA Pro's and instructors who know my training and they are aware of what you did and you will NEVER be accepted by the PGA on any level. They know I

*Alison recalls that in her first lesson with Chuck he had a very wide stance, weight centered over the balls of his feet, and began his takeaway with a push vs. a pull.*

**DID YOU KNOW?** There is an entire GOLFWRX forum from 2007, in which Chuck was described to be a "sleazy opportunist who snatched up the 'oneplanegolfswing.com' URL after seeing Jim Hardy on The Golf Channel… and then built a 'oneplane' site around it"…



### Plus, Chuck isn't even that great of a golfer…

*(Perhaps he should go back to what he was doing before starting his online golf instruction website)*





Score: +21
Strokes: 161

**SCORING**

| Hole | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Out | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | In | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Par | 5 | 4 | 3 | 4 | 3 | 4 | 4 | 3 | 4 | 34 | 5 | 4 | 3 | 5 | 4 | 4 | 4 | 3 | 4 | 36 | 70 |
| Round 2 | 6 | 6 | 3 | 8 | 3 | 4 | 4 | 6 | 2 | 42 | 4 | 4 | 3 | 5 | 4 | 5 | 3 | 4 | 4 | 36 | 78 |
| Round 1 | 5 | 7 | 3 | 5 | 4 | 4 | 4 | 4 | 4 | 40 | 5 | 5 | 5 | 5 | 5 | 4 | 6 | 4 | 4 | 43 | 83 |

Key: ♦ Eagle ○ Birdie □ Bogey ◢ Dbl Bogey

Tip: Click on a hole number to compare Chuck's score to the field.

## Here's a bible verse that sums Chuck up:

**1:17 net spread.** It would be ineffective to set up a net for catching a bird in full view of the bird. Taken with v. 18, this analogy means that the sinner sets up his trap for the innocent in secret, but in the end the trap is sprung on him (v. 19). This greed entraps him (cf. 1 Tim. 6:9–11). Stupid sinners rush to their own ruin.



B. Langer   R. McIlroy   M. Jimenez   A.Scott   P. Reed

>> CLICK HERE To Learn More About Eric Kaplan And AXYSGolf



## Thank You For Your Help In Spreading The Truth About Chuck Quinton And Rotary Swing

**1:17 net spread.** It would be ineffective to set up a net for catching a bird in full view of the bird. Taken with v. 18, this analogy means that the sinner sets up his trap for the innocent in secret, but in the end the trap is sprung on him (v. 19). This greed entraps him (cf. 1 Tim. 6:9–11). Stupid sinners rush to their own ruin.





# Thank You For Your Help In Spreading The Truth About Chuck Quinton And Rotary Swing

*If you believe that Chuck Quinton's behavior does not belong in a gentleman's game, join the thousands of golfers who have already shared this page.*



<< Click Here To Go Back.