**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01195-CMA-MEH

QUINTON HOLDINGS, LLC,

     Plaintiff,

v.

AXYS GOLF LLC, *et al.*,

     Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**

---

Defendants Axys Golf LLC and Eric Kaplan (together, the "Axys Defendants") hereby move for a 30-day extension to their deadline to answer or otherwise respond to the First Amended Complaint (the "FAC") filed by Plaintiff Quinton Holdings, LLC. This is the first extension. Pursuant to D.C. Colo. LCivR 7.1(a), undersigned counsel has conferred with counsel for Plaintiff and Plaintiff does not oppose this motion.

Plaintiff filed its FAC on May 26, 2020 (Dkt. No. 10) and submitted the redline required by D.C. Colo. LCivR 15.1(a) on May 27, 2020 (Dkt. No. 12). On June 1, 2020, Plaintiff filed a Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion"). (Dkt. No. 13.) On June 2, 2020, the Axys Defendants filed their Opposition to Plaintiff's Motion (Dkt. No. 19). On June 8, 2020, the Court set a June 15, 2020 hearing on Plaintiff's Motion. (Dkt. No. 21). Later in the day, Plaintiff filed an unopposed motion

requesting that the Court reschedule the June 15 hearing to the week of June 22, 2020. (Dkt. No. 23).

Pursuant to Rules 12 and 15 of the Federal Rules of Civil Procedure, the Axys Defendants' deadline to answer or otherwise respond is June 9, 2020. The Axys Defendants request a 30-day extension of this deadline for good cause. Preparing for the hearing on Plaintiff's Motion requires significant time, attention, and resources, which impacts the Axys Defendants' ability to prepare their answer or assert defenses to the claims.

Accordingly, the Axys Defendants request that their deadline to answer or otherwise respond to the FAC be extended up to and including July 9, 2020.

3

DATED: June 8, 2020               Respectfully submitted,

                                  By: */s/ Carolyn Juarez*

                                  Carolyn Juarez
                                  Neugeboren O'Dowd PC
                                  1227 Spruce St., Ste. 200
                                  Boulder, CO 80302
                                  T: (720) 536-4904
                                  F: (720) 536-4910
                                  carolyn@nodiplaw.com

                                  Eleanor M. Lackman
                                  (Admission Pending)
                                  Mitchell Silberberg & Knupp LLP
                                  437 Madison Ave., 25th Floor
                                  New York, NY 10022
                                  T: (212) 878-4890
                                  eml@msk.com

                                  *ATTORNEYS FOR DEFENDANTS*
                                  *AXYS GOLF LLC AND ERIC KAPLAN*

3

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via electronic mail to all Parties listed on the Service List on this 8th day of June, 2020.

*/s/ Carolyn Juarez*