# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-01195-CMA-MEH

QUINTON HOLDINGS, LLC,

        Plaintiff,

   v.

AXYS GOLF LLC, *et al.*,

        Defendants.

## DECLARATION OF ERIC KAPLAN IN SUPPORT OF BRIEF REGARDING CHARLES QUINTON ONLINE ACTIVITIES

I, ERIC KAPLAN, declare as follows:

1.      I am a defendant in this action and am over the age of 18. I make this declaration in support of the brief submitted in response to the Court's request about statements made by Charles Quinton on his own behalf or in the capacity as the owner of Rotary Swing. I have personal knowledge of the facts set forth herein, and if called and sworn as a witness would testify competently thereto.

2.      For more than 20 years, I have lived and breathed golf. As a player, I have competed in, and made the cut in a professional event competing against players on the PGA Tour. I also am a PGA Tour teaching professional, and have operated a golf instruction program called AXYS Golf ("AXYS") since 2014, but have been teaching professionally since 2010. Through AXYS, I teach in-person lessons to a variety of individuals, ranging from golfers afflicted with Parkinson's disease, beginners and amateurs to professional, PGA Tour golfers. Professional golfers whom I have taught and worked with include, but are not limited to, Bernhard Langer (the #1 ranked player on the PGA Tour Champions Rankings), Miguel Angel Jimenez (#4), Adam Scott, Patrick Reed (#6), Val Skinner, Rory McIlroy (#1 in the PGA Tour World Golf Rankings), Rob Oppenheim, Annie Park, Val Skinner, Sonny Skinner, and Rod Spittle.

3.      The bulk of my in-person lessons take place at Mizner Country Club in Delray Beach, Florida, through the AXYS Golf Academy. I also travel around the country offering free teaching clinics at some of the most exclusive private clubs in America, including but not limited to Shinnecock Hills, Oakmont, Merion, National Golf

1

Links of America, Seminole Golf Club, and many more. At these clinics, I share my experiences in working not only with the best players in the world, but also in handling some of the most difficult cases of working with golfers with disabilities.

4. The bulk of AXYS's business, though, comes via its online component. AXYS offers a number of instructional videos and courses, access to which is obtained by paying for them individually, or by purchasing a premium subscription for $19.00 per month. The subscription model also includes one-to-one coaching calls with me, as well as unlimited access to online swing evaluations. AXYS also has a YouTube page on which I post short, additional instructional videos designed to teach some of the fundamentals that I have come to learn in over 20 years of playing and teaching.

**The Development of the AXYS Techniques**

5. While I love playing golf, teaching others has for me always been the most rewarding and fulfilling aspect of the game. This has much to do with my personal background, as I discovered my love for teaching through a personal tragedy that has had a profound effect on my life. When I was five years old, my father, Walter Kaplan, was diagnosed with Parkinson's disease. The disease hit him hard, and he was largely bedridden until he passed away in 2014. Around the time he was diagnosed, I was introduced to golf by my great uncle, as a cathartic escape from the pain caused by my father's illness. But it quickly became more. Golf was not just fun; it became my best friend. Though I was very young, I knew how comfortable and at ease playing golf made me feel, and I recognized that it helped me deal with what was going on around me. I

wanted to help other people feel the same way—particularly those struggling like my father. I thought golf would be the perfect way to do this because, ever optimistic, I believed it could solve any problem. In particular, after observing golfers with and without Parkinson's disease, I believed that golf could offer a miracle cure. As I made these observations, I began dreaming of opening golf schools and using golf as a therapy for people suffering from Parkinson's.

6. That idea came into focus when I met Leonard Redlich at a golf course in 2000. Lenny was similar to my father in a number of ways. They were the same age, both became lawyers after studying at the University of Pennsylvania, and both had striking blue eyes. They both also had Parkinson's. My father's symptoms, though, were far worse—a difference that I attributed to the fact that Lenny was a golfer (unlike my father), and still was attempting to play daily. What I did not know at the time was that the process of exercise and repetitive motor functions is wonderfully therapeutic for those afflicted by Parkinson's.

7. The disease still made it extremely difficult for Lenny to golf. He was impossible to miss, coming to the course wearing what amounted to full body armor—knee pads, elbow pads, and a helmet—because he would fall over after nearly every swing. What struck me, though, was that regardless of his limitations and physical pain, he would brush off every fall, get right back up, and line up a ball for his next shot. I resolved to help him.

8.     Lenny and I struck up a friendship, and I began to offer him tips and suggestions to overcome his struggles. As I spent time with him, I noticed that he was suffering from some of the same physical limitations my father had struggled with. Over the years, I had observed physical therapists caring for my father using various techniques to help with things like balance and posture. I thought Lenny could benefit from some of these techniques, and so I offered my help and began to instruct him. The results were undeniable. Almost instantly, Lenny was able to stay in better balance and swing his club while rotating properly, all without falling.

9.     I continued to teach Lenny, and also started to research additional concepts relating to human anatomy, including kinesiology. As I learned more, I theorized that the altered approach I had used with Lenny—with its focus on shifting weight to the heels rather than the balls of the feet, as is taught in traditional golf instruction—could have benefits for people without Parkinson's disease, as well. Sure enough, when I applied this approach to people without Parkinson's, they greatly improved their own swings. At that point, I began to think outside the box, and started to ask questions about how a better understanding of the body's anatomical and structural design could allow someone, whether they suffered from Parkinson's or not, to play golf more comfortably and consistently.

10.    I began to refine my instruction methods, in part building off of the physical therapy techniques I had seen used with my father. One technique was the aforementioned focus on shifting weight to the heels. I encouraged students to hinge

4

their thighs backward to center their weight on their ankles in order to improve balance, similar to a technique used by physical therapists to aid my father in walking and getting out of chairs. I also urged students to pinch their shoulders back to override resting tremors, because my father was frequently told to sit up straight at a table and put some part of his body in motion. This was because, as I later learned, resting tremors have been found to decrease during voluntary movements and when posture is improved. It also has been proven that the same applications help the slurred speech of Parkinson's sufferers.

11. Over the next few years, I continued to apply my work and research to helping people with special needs (including Parkinson's) to play golf. Around 2010, I began to work with PGA professional Phil Argianas, who hosted a program called GIG (Gifts in Golf) that focused on adaptive golf for those with special needs (including Parkinson's), and formally offered instruction through the Eric Kaplan School of Golf. In 2012, I was featured by the National Parkinson's Foundation for my work helping golfers with the disease by putting together a charity tournament series to raise money for the foundation. My work with Parkinson's sufferers also has been featured on local TV news in Florida.

12. As my research continued, I began to read and learn about a discipline called biomechanics, which is the study of how the laws of mechanics are applied to human movement. Studying biomechanics involves analyzing the muscular, joint and skeletal actions of the body during the execution of a given task, skill, or technique.

Proper understanding of biomechanical function can have a strong effect on performance, rehabilitation, and injury prevention. It also can be an extra edge that helps one to master a particular skill—a very attractive proposition for competitive golfers (not to mention regular folks who just want to avoid embarrassing themselves). During the course of my research, I learned of several techniques that are championed by students of biomechanics who apply the discipline to golf, including but not limited to:

- Pulling small muscles on the right side of the body during the swing motion, as opposed to pushing with the left side of the body.

- Applying centripetal force to the golf swing.

- Tilting the spine away from the target on a downswing (popularly known as the "Secondary Tilt")

- Retracting the scapula to improve one's golf swing.

- Shifting weight from the right side to the left side.

13. I realized quickly that many of these techniques were very similar, if not identical, to techniques I had taught to people like Lenny and had learned about and added to my teaching toolbox over the years. I further learned that these techniques and concepts had been taught and discussed openly in connection with golf for nearly 80 years. For example, one book that I studied, *A New Way To Better Golf*, was published in 1932 and focuses heavily on fundamentals such as the secondary tilt, the use of centripetal force, and pulling small muscles on the right side of the body. In

October 2010, Lenny gifted me with an inscribed copy of the book. In recognition of the similarities between the book's material and my own teaching, Lenny's inscription reads "The bible before Kaplan." True and correct copies of screenshots of my copy of the book and of Lenny's inscription are attached hereto as **Exhibit A**.

14. Emboldened by what I had learned, in 2014 I began to more closely study biomechanics with several doctors, including Dr. Richard Berger and Dr. Bill Cooney of the Mayo Clinic, as well as Dr. Sandra Doman (one of the top sports chiropractors in Florida). Not long thereafter, I founded AXYS.

15. Very quickly, I got noticed by some of the biggest names in professional golf. In 2014, I met two-time Masters® champion Bernhard Langer at a charity event I had organized raising money for 4KIDS (one of the leading foster care agencies in the United States) as well as Parkinson's disease research. We got to talking, and I offered to instruct Mr. Langer on some of the techniques I had learned. Mr. Langer was pleased with the results that he achieved with my help,[1] so much so that I traveled to the 2014 Masters with him (he finished in eighth place), where I also worked with Miguel Angel Jimenez (who finished in fourth place). Word of mouth spread, and I started to work with more professional golfers. As of today, professional golfers whom I have taught and

---

[1] My work with Mr. Langer was focused on the short game given an issue he had developed in his putting stroke known as "the yips." As such, due to the success he achieved as a result of my instruction (and the attention it garnered), I primarily have become known as a putting expert. The concepts I teach, though, apply equally to the long game as well as the short game, and I have been teaching them in connection with all aspects as far back as 2000 when I was working with Lenny on, for example, hinging his back over his thighs and pinching his shoulder blades.

7

worked with collectively have amassed 21 Major championships and 224 professional wins, and brought in more than $184,000,000 in career earnings. Meanwhile, by March 23, 2020, AXYS had reached over 2,000 paying subscribers.

16. While I am proud of AXYS's growing popularity and stature within the golf community, giving back by empowering as many people as I can through my experiences is far more important. To me, doing that has been my greatest success, and I have continued and augmented my philanthropic work as AXYS has grown in size and profitability. For example, in 2016 I became a professor at Johnson and Wales University's School of Hospitality Golf Management Program, where I taught a required course on golf instruction. And, over the last five years I have traveled the country teaching free education seminars for PGA Professionals at top clubs to help them apply the same concepts I teach to their students, including those who may have Parkinson's disease. Most recently, I hosted a five-hour lecture at The PGA Show in January 2020 that had an attendance of 150 PGA Professionals, sharing knowledge freely and openly. And, of the students who fly in to work with me in-person, approximately 25-30% have Parkinson's disease. Many of them leave saying that they would have given up the game without learning the techniques I taught them. This is exactly what I had in mind when I dreamt of teaching golf as a means of helping others.

**Chuck Quinton and Rotary Swing's Ruthless and Groundless Attacks**

17. All of the positive momentum came to a screeching halt on March 23, 2020, right at the height of the coronavirus pandemic when in-person instruction was

not possible. That day, without warning, I received multiple threatening emails from Chuck Quinton, founder of a competing golf instruction service called Rotary Swing. In the emails, Quinton demanded that I remove all videos from the AXYS YouTube page because, according to him, they contained his "published and copywritten" content, which he said I was "illegally" using for my own financial gain. He also said that his attorney was going through the YouTube page to see what content needed to be removed, that he would sue for "MAXIMUM financial damages" if I did not comply that same day, and that he had my address and intended to take everything I owned through the lawsuit. True and correct copies of these emails are attached hereto as **Exhibit B**.

18.   I was shocked to receive these menacing emails but also very confused. Through Rotary Swing, Quinton teaches and advocates the same biomechanics techniques and theories that I and others teach. These techniques and theories are not proprietary. No one owns them. They are widely-discussed, broad ideas that form the building blocks of an effective golf swing. And of course, as explained above, I developed these concepts through my years of research and from teaching major champions and amateurs alike, at times learning from what they had learned in the course of their development, with the shared goal of making my students better at the game.

19.   At the same time he was sending these emails, Quinton also was posting messages and comments on the Rotary Swing Facebook page (which has several thousand members) and the AXYS YouTube page. In those messages and comments,

Quinton called me a "dirt bag" and accused me of "plagiarizing" his concepts. He also urged his subscribers to leave negative comments on my YouTube videos, with the aim of damaging my reputation and putting me out of business. And, he raised the possibility of a lawsuit, telling subscribers that he would use money he obtained from me to rent out the Pebble Beach golf course and have Rotary Swing fans "take over" the course for a day. His fans then proceeded to bombard AXYS's YouTube videos, targeting positive comments and replying with negative, false statements about how I had stolen Quinton's content. In other comments on the Rotary Swing Facebook page, one fan accused me of fabricating my father's illness to gain sympathy, to which Quinton responded by strongly suggesting I had made up my work with Parkinson's sufferers entirely (in order to copy Quinton's story about having purportedly worked with stroke victims). True and correct copies of these internet comments are attached hereto as **Exhibit C**.

20.     In response to Quinton's threat of an imminent lawsuit if I did not immediately comply, I removed some videos from the YouTube page in an effort to placate him temporarily as I sought legal counsel. Quinton proceeded to declare victory on the Rotary Swing Facebook page, thanking his fans ("You guys rock!") and characterizing this as a "blatant admission" of "guilt, general douchebaggery, zero ethics, [and] lack of character."  Quinton also noted that our hourly rates are the same, offering this as proof that I "literally [have] never had an original idea in [my] life[.]"  A true and correct copy of this internet comment is attached hereto as **Exhibit D**.

21. Then, on March 24, 2020, Quinton posted a video on the Rotary Swing YouTube page calling me an infringer and a fraud. In that video he directly addressed the PGA Tour professionals I had taught (including Mr. Langer) and sought credit for their success since they had been using methods he allegedly owned. As of the date this declaration is signed, this video remains posted on the Rotary Swing YouTube page, where it has accumulated over 18,000 views. A true and correct copy of this video is attached hereto as **Exhibit E**.

22. In a comment on the video, Quinton told fans he had posted it on Vimeo as well in case it was taken off YouTube, urging them to "download and share." In that same comment he also directly addressed me, and said he had contacted the General Manager of Mizner Country Club (out of which I operate the AXYS Golf Academy) to warn him about me. A true and correct copy of this YouTube comment is attached hereto as **Exhibit F**.

23. Since I am a member of Rotary Swing, I received, at least for a time, emails from the company. On March 24, 2020 I received an email warning the site's members (over 375,000 people according to Quinton) that they "may have been scammed by a complete FRAUD in the golf industry." The email linked to the aforementioned YouTube video about me and urged fans to watch it in order to "see if [they'd] been a victim of this charlatan's scam…." A true and correct copy of this email is attached hereto as **Exhibit G**.

24. One of Quinton's accusations was that he had proof I "stole" his content because I was a member of Rotary Swing, and therefore had been secretly consuming his content to repurpose as my own. That is false. I joined Rotary Swing years after I had begun teaching biomechanical concepts. Moreover, I joined as part of my research into the field of biomechanics and how it was being applied to golf. I have similarly researched other third party online golf instruction sites, including Mind2Motion, which is maintained by Alison Thietje, a defendant in this case.

25. In the two days after Quinton began harassing, threatening, and defaming me, AXYS lost 6% of its membership. I retained counsel to assist in persuading Quinton that his attacks were unfounded, but Quinton cycled through lawyers, none of whom were willing to consider that their client might have acted in error. It seemed that the more we tried to reason with them, the greater their demands became, to the point that they demanded that *I* issue an apology.

26. Meanwhile, within a month of the attacks the loss of memberships ballooned to 11.63%, most of which occurred in the first week. This was a devastating blow, and negative, defamatory comments continued to appear faster than I could keep up with, both from Quinton and from his fans. This was and is particularly problematic because every time one of these comments shows up, it greatly hurts AXYS's advertising performance and revenue.

27. Forced to counter Quinton's false allegations—particularly his absurd claims that he owned biomechanical theories—on March 31, 2020 I reached out to

Alison Thietje, who has decades of experience applying biomechanics to golf and had not only been mentioned in Quinton's online material but had described online her experience working with him, including in a series of public postings on Ripoff Report (about Rotary Swing). True and correct copies of Ms. Thietje's postings on Ripoff Report are attached hereto as **Exhibit H**.

28.     Ms. Thietje also sent to me a number of emails she had exchanged with Quinton between 2008 and 2009 to give further context to the prior working relationship she had with Quinton and to confirm that if the concepts were anyone's, they were not Quinton's. True and correct copies of the emails sent to me by Ms. Thietje are attached hereto as **Exhibit I**.

29.     In speaking to her and reviewing these materials, I learned that she had actually worked with and taught Quinton between 2008 and 2009, and that she had entered into a one-sided contract with Quinton relating to that work. I also am aware that in 2007, Quinton had released a book advocating concepts diametrically opposed to the biomechanics fundamentals taught by Ms. Thietje. Those fundamentals, of course, overlapped heavily with the concepts taught by myself and others. Despite their contract, Quinton never paid Ms. Thietje and quickly went about reinventing himself by claiming her teachings as his own. I understand that Quinton apparently went so far as to hire someone to transcribe Ms. Thietje's numerous lectures on biomechanics so that they could be repurposed for Quinton's second book. Prior to the release of that book, Quinton made sure that his previous book (with its contradictory methods and

13

teachings) was pulled from circulation. A true and correct copy of an Amazon.com review of Quinton's first book noting the shift in Quinton's philosophy is attached hereto as **Exhibit J**.

30. Meanwhile, despite my lawyers providing Quinton's various lawyers with much of the information I've discussed in this declaration, including numerous documents and communications showing that Quinton's claims are frivolous, Quinton showed no sign of relenting much less any consideration that he might be wrong. By the end of April 2020, I was deeply frustrated by the fact that Quinton's falsehoods about me remained on the Internet unchallenged and available for the general public to discover. Given the lack of progress, I feared further damage would result.

31. Left with no other choice, I answered Quinton's accusations in the same place he brought them: the court of public opinion. Gathering the evidence discussed in and attached to this declaration, on April 29, 2020, I launched a website at RotaryTruth.com (the "Website") to tell my side of the story. Even though I do not have nearly the subscribers as Rotary Swing, I needed to have something available to help fight back against the pervasive online disparagement that had tarnished my name and that of my company. The Website is a necessary corrective to the numerous false statements churned out by Quinton, which he ratified under the "Rotary Swing" name all over social media. It has allowed me to efficiently deflect additional negative comments and messages simply by sending a link, allowing me to refocus my time and energy on teaching students and running my business—which has been extremely difficult lately

due to challenges created by the ongoing public health emergency, not to mention the imminent birth of my second child, who is due in the last week of June.

32. To date, I have received no negative feedback for the Website (Quinton aside). Instead, I have received supportive messages from people telling me that my experience with Quinton is in line with how he has conducted himself and treated others in the golf community. Quinton's own statements confirm this; on the Rotary Swing Facebook page, he told a fan about how he had tried to take legal action against another competitor, golfloopy.com, that teaches the same biomechanical concepts Quinton claims to have invented (and which I, Ms. Thietje, and many others also teach). A true and correct copy of this comment is included in **Exhibit C**.

33. In his efforts to get this Court to order the Website taken down, Quinton has identified 12 representations that he claims are false. Those "misrepresentations" include corrections about the date he signed a contract with Ms. Thietje and his confusion over the date that I joined Rotary Swing (which, in any event, was long after I had begun teaching biomechanical concepts). These are very minor, and if they are inaccurate I am open to editing the website (though I have no idea how or why they are damaging).[2] But by focusing on these issues and leaving the rest of the website

---

[2] For example, I understood that Ms. Thietje and Mr. Quinton started working together in 2008 and they had a contract, so I indicated there was a 2008 contract. Quinton's lawyers would not give my lawyers the final signed contract, so my natural assumption was that their agreement was dated 2008. If it was 2009, I do not understand how that makes a difference and nobody has explained it to me. Likewise, Quinton's second book was co-written and encompasses extensive material that comes from lectures and other material that Ms. Thietje used in her instruction prior to working with Quinton.

unchallenged, Quinton admits that my side of the story is true. I have thought from the beginning that this lawsuit was meritless and only meant to run up legal fees to bankrupt me. Quinton's "emergency" motion, not to mention his extensive changes to his complaint since his counsel was made aware that I knew about extensive preexisting work in the biomechanics space, only confirms my suspicion. I am grateful the Court has given me the opportunity to expose this bullying, which has no place in the game or industry of golf.

///

///

///

///

///

///

///

---

Based on what was provided to me, I naturally concluded that an extensive amount of the material in Quinton's second book, which contains identical or nearly identical material from the preexisting lectures, had been transcribed from Ms. Thietje's materials under their nonexclusive agreement. Quinton also complains that there is something wrong about my quoting his allegations because I should have corrected him about the date of access to his site. But the point is unchanged: I started teaching as a professional in 2010 under Phil Argianas (following several years of instructing people like Lenny) and began to work with PGA Tour professionals in 2014. All of this took place prior to Quinton's corrected date of access at 2015.

34. What keeps me up at night is that I do not know the full extent of what Quinton has done to try to destroy me. It certainly is possible that he has privately contacted others and spread false information and rumors far and wide about me and AXYS. There is no way for me to really know, and given the nature of the Internet, where it is said that things "live forever," I expect that I am going to be dealing with the fallout of Quinton's actions for a very long time to come.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of June, 2020, at Hollywood, Florida.

_____
Eric Kaplan

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via ECF to all counsel of record on this 24th day of June, 2020, with a courtesy copy sent by email to counsel for the following:

Brett Caban, Esq.
Aegis Law
601 S. Lindbergh
Frontenac, MO  63131
T: (314) 454-9100
bcaban@aegislaw.com

Attorneys for Defendants Alison Thietje, Mind-2-Motion, LLC, Mind2Motion Golf, LLC, and Motion Memory Golf, LLC

/s/     Carolyn Juarez

12243458.4