# EXHIBIT A

| | |
|---|---|
| From: | Chuck Quinton |
| To: | Lackman, Eleanor; Jamie Sheridan |
| Subject: | [EXTERNAL] Re: Claims asserted against Axys Golf |
| Date: | Wednesday, March 25, 2020 3:02:17 PM |

-EXTERNAL MESSAGE-
Please direct all correspondence to my attorney who is copied on this email

https://RotarySwing.com
Sent from my iPhone

On Mar 25, 2020, at 3:59 PM, Lackman, Eleanor <eml@msk.com> wrote:

Dear Mr. Quinton:

I am in the process of being retained by Axys Golf LLC pertaining to the demands you have made, as well as the public statements that have been made by you or others at your encouragement.  As you can appreciate, such activity causes serious harm to my client.  Moreover, considering that Section 102 of the Copyright Act expressly states that "[i]n no case does copyright protection for an original work of authorship extend to any idea, procedure, process, system, method of operation, principle, or discovery," (emphases added), your forceful accusations of copyright infringement – both in substance and in approach – are inappropriate, baseless, and generally misguided as against material that, at best, shares in common only ideas, processes, concepts, or systems by virtue of the fact that both parties are in the golf instruction business.

As you have told my client that you have an attorney retained on this matter and therefore are a represented party, I will need to speak with your attorney to address this matter further.  I have checked the court records for reference to any lawsuits your company has filed, and I have found no results in the federal courts.  Therefore, I must ask you to provide information to identify your counsel and his or her phone number and email address; for related reasons, further communications regarding this matter should be directed to my attention.

In the meantime, please immediately cease and desist from the menacing threats made against my client, including, "I have your address, I have your cell phone, I have your email, I have full records of every email you've opened and every video watched," as they fall in the nature of the sort of threat that may be required to be reported to the local authorities.  Surely not everyone who has watched some of your videos or who offers golf instruction is an infringer – not just because you the law says so, but because you apparently have said so:
https://www.ripoffreport.com/reports/rotaryswingcom/internet/rotaryswingcom-rotary-swing-chuck-quinton-golf-training-golf-swing-online-golf-intern-797935.

Suffice it to say that a consultation among counsel is the way to proceed in order to remedy the injury that my client has already suffered due to the approach taken here, and I look forward to your anticipated cooperation in connecting me with him or her. My client reserves all rights in the interim, including the right to take additional steps without further notice in order to protect itself.

Sincerely yours,
Eleanor M. Lackman

<image001.gif>

**Eleanor M. Lackman** | **Partner**
T: 212.878.4890 | eml@msk.com
**Mitchell Silberberg & Knupp LLP** | **www.msk.com**
437 Madison Ave., 25th Floor, New York, NY 10022
2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.