# EXHIBIT B

| | |
|---|---|
| **From:** | Lackman, Eleanor |
| **To:** | "Griffin, Oliver D." |
| **Cc:** | Nemcik, Robin M.; Bozeman, Melissa A. |
| **Subject:** | RE: Rotary Swing Golf v. Eric Kaplan - FILED LAWSUIT |
| **Date:** | Wednesday, April 29, 2020 1:47:06 PM |
| **Attachments:** | image001.gif |

Mr. Griffin:

Looks like our emails crossed.  I think you should review before we discuss anything.

Regards,
Eleanor



**Access COVID-19 Resources Here**
**Eleanor M. Lackman** | **Partner**
T: 212.878.4890 | eml@msk.com
**Mitchell Silberberg & Knupp LLP** | **www.msk.com**
437 Madison Ave., 25th Floor, New York, NY 10022
2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Griffin, Oliver D. <Oliver.Griffin@KutakRock.com>
**Sent:** Wednesday, April 29, 2020 4:30 PM
**To:** Lackman, Eleanor <eml@msk.com>
**Cc:** Nemcik, Robin M. <Robin.Nemcik@KutakRock.com>; Bozeman, Melissa A. <Melissa.Bozeman@KutakRock.com>
**Subject:** [EXTERNAL] RE: Rotary Swing Golf v. Eric Kaplan - FILED LAWSUIT

-EXTERNAL MESSAGE-
Ms. Lackman:

See attached filed complaint and summons(es).

Your clients are defendants.

Please call me about service/status.

Thank you.

**From:** Griffin, Oliver D.
**Sent:** Monday, April 27, 2020 5:13 PM
**To:** eml@msk.com
**Cc:** Griffin, Oliver D. <Oliver.Griffin@KutakRock.com>; Nemcik, Robin M. <Robin.Nemcik@KutakRock.com>
**Subject:** Rotary Swing Golf and Eric Kaplan

Ms. Lackman:

This firm has been retained to represent the interests of Rotary Swing Golf, LLC and its owner Charles Quinton and all affiliated entities.

Moreover, I have received a file from prior counsel (Sean Baker) and am generally up to speed on your communications with him.

Can you please let me know if you have time for a call with me on Wednesday (4/29/2020) and if so what time(s) work.

I have copied my assistant (Robin) on this email for scheduling purposes.

Thank you.

Regards, Oliver


This E-mail message is confidential, is intended only for the named recipients above and may contain information that is privileged, attorney work product or otherwise protected by applicable law. If you have received this message in error, please notify the sender at 402-346-6000 and delete this E-mail message. Thank you.