**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01195-CMA-MEH

QUINTON HOLDINGS, LLC,

      Plaintiff,

v.

AXYS GOLF LLC, *et al.*,

      Defendants.

_____

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

    Plaintiff Quinton Holdings, LLC, by and through counsel, gives notice of the voluntary dismissal without prejudice of this action, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear its/his/her own respective attorneys' fees and costs.

    Respectfully submitted this 30th day of July, 2020.

                                    KUTAK ROCK LLP

                                    *s/ Daniel Carmeli*
                                    Oliver D. Griffin (No. 52262)
                                    Chad T. Nitta, (No. 31921)
                                    Daniel Carmeli (No. 52880)
                                    1801 California St., Suite 3000
                                    Denver, CO 80202
                                    Tel:  303-297-2400
                                    Fax:  303-292-7799
                                    Oliver.Griffin@kutakrock.com
                                    Chad.Nitta@kutakrock.com
                                    Daniel.Carmeli@kutakrock.com

Melissa A. Bozeman (*admitted pro hac vice*)
1760 Market St Suite 1100,
Philadelphia, PA 19103
Tel: 215-299-4384
Fax: 215-981-0719
Melissa.Bozeman@kutakrock.com

*ATTORNEYS FOR PLAINTIFF*

2

## CERTIFICATE OF SERVICE

I certify that on this 30th day of July 2020, the foregoing **Notice of Dismissal without Prejudice** was filed electronically via the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Carolyn Juarez, Esq.
Neugeboren O'Dowd PC
1227 Spruce St., Ste. 200
Boulder, CO 80302
T: (720) 536-4904
F: (720) 536-4910

Eleanor Lackman, Esq.
Mitchell Silberberg & Knupp LLP
437 Madison Ave., 25th Floor
New York, NY 10022
T: (212) 878-4890

*Attorneys for Defendants Axys Golf LLC and Eric Kaplan*


Brett Caban, Esq.
Aegis Law
601 S. Lindbergh
Frontenac, MO 63131
T: (314) 454-9100
bcaban@aegislaw.com

*Attorneys for Defendants Alison Thietje, Mind-2-Motion, LLC, Mind2Motion Golf, LLC, and Motion Memory Golf, LLC*

                                                  */s/ Daniel Carmeli*